**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00456-CV

**WILLIAM CHU, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATE SERIES 2005-OPT3 AND AMERICAN HOME MORTGAGE SERVICING, INC., Appellees**

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-13182

## ORDER

We **GRANT** the parties' agreed motion to release the supersedeas bond. We **ORDER**

Gary Fitzsimmons, Dallas County District Clerk, to release the bond and mail the proceeds of the

payment bond to William Chu at his place of business, 4455 LBJ Freeway, #909, Dallas, Texas

75244.

/s/     DAVID L. BRIDGES
         JUSTICE